In the Matter of ANDREA E. RAFFERTY, Respondent, v MICHAEL J. RAFFERTY, Appellant. In the Matter of MICHAEL J. RAFFERTY, Appellant, v ANDREA E. RAFFERTY, Respondent. In the Matter of ANDREA E. RAFFERTY, Respondent, v MICHAEL J. RAFFERTY, Appellant. [9 NYS3d 904]—Appeal from an order of the Family Court, Oneida County (Julia M. Brouillette, Ref.), entered October 28, 2013 in a proceeding pursuant to Family Court Act articles 6 and 8. The order, inter alia, awarded Andrea E. Rafferty sole custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.